**Russell B. SEYMOUR, etc., et al. v. WEST-ERN FRUIT GROWERS, Inc.**

**No. 8551.**

Circuit Court of Appeals, Ninth Circuit.

May 24, 1937.

G. V. Weikert, of Los Angeles, Cal., for appellant.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of appellee, ordered appeal herein dismissed for failure of appellants to file record and docket cause; that a decree of dismissal be filed and entered accordingly; mandate forthwith.

**Hannah SHEA and Mary E. Hayes, Appellants, v. Lucinda J. DUARTE et al., Appellees.**

**No. 8455.**

Circuit Court of Appeals, Ninth Circuit.

July 2, 1937.

J. Vincent Hannon and T. G. Dalton, both of Los Angeles, Cal., for appellants.

Charles R. Stead, of Pomona, Cal., J. Marion Wright, Robert H. Dunlap, and George R. Larwill, all of Los Angeles, Cal., J. E. Burnham, of Pomona, Cal., and Will G. Fields, of San Dimas, Cal., for appellees.

Before DENMAN and STEPHENS, Circuit Judges.·

PER CURIAM.

Ordered T. G. Dalton substituted as party appellant in place and stead of Hannah Shea, deceased, and pursuant to stipulation of counsel for respective parties, appeal dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

**George M. STEVENS v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 6239.**

Circuit Court of Appeals, Seventh Circuit.

April 19, 1937.

Before EVANS, SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

Upon consideration of the respondent's motion filed herein praying that the above-entitled cause be docketed and dismissed, and it appearing from a certificate of the clerk of the Board of Tax Appeals attached to the motion that no record on review has been perfected or prepared for transmission to this court, and that the time for such preparation and transmission of record has expired; it is adjudged and ordered that the above-entitled cause be by the clerk of this court docketed herein, and that thereupon the petition for review be and it is hereby dismissed. No counsel of record.